# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JOHN DOES 1, 2, 4, 5, 6 & 8;  MICHAEL
ROBINSON;  and MAURICE COLLINS                    PLAINTIFFS

v.                              No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                        DEFENDANTS

JOHN DOES 9-12 & 14-16;  and
NATHAN HARMON                                      PLAINTIFFS

No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                        DEFENDANTS

JOHN DOES 19-24, 26, 29 & 30                       PLAINTIFFS

No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                        DEFENDANTS

JOHN DOES 103, 105, 107-113, 120-123;
JANE DOES 103, 109, 120-121                        PLAINTIFFS

No. 3:25-cv-197-DPM

EMMETT A. PRESLEY, *et al.*                        DEFENDANTS

## ORDER

Considering all the material circumstances, the proposed inspection (including photography and video) of the "Main House" is

too intrusive. The connections with the alleged abuse are few. The interior has changed substantially. And plaintiffs can get adequate information with a drawing of the interior, whatever contemporaneous photographs of the three noted places may exist, and current photographs (provided by Mrs. Suhl) of those places. A person's home is a sanctuary. It shouldn't be entered without consent absent compelling reasons. None exist here. Joint report, *Doc. 175*, addressed.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

11 March 2026

–2–